Salter v Meta Platforms, Inc. (2025 NY Slip Op 04393)

Salter v Meta Platforms, Inc.

2025 NY Slip Op 04393

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, SMITH, AND NOWAK, JJ.

537 CA 24-00524

[*1]KIMBERLY J. SALTER, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF AARON W. SALTER, JR., DECEASED, ET AL., PLAINTIFFS-RESPONDENTS, OPINION AND
v
META PLATFORMS, INC., FORMERLY KNOWN AS FACEBOOK, INC., INSTAGRAM, LLC, AMAZON.COM, INC., TWITCH INTERACTIVE, INC., ALPHABET, INC., GOOGLE, LLC, YOUTUBE, LLC, 4CHAN COMMUNITY SUPPORT, LLC, SNAP, INC., DISCORD, INC., REDDIT, INC., DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. (APPEAL NO. 3.) 

ORRICK, HERRINGTON & SUTCLIFFE LLP, WASHINGTON D.C. (ERIC A. SHUMSKY, ADMITTED PRO HAC VICE, OF COUNSEL), WILSON SONSINI GOODRICH & ROSATI, P.C., NEW YORK CITY, WEBSTER SZANYI LLP, BUFFALO, AND PERKINS COIE LLP, NEW YORK CITY, FOR DEFENDANTS-APPELLANTS META PLATFORMS, INC., FORMERLY KNOWN AS FACEBOOK, INC., INSTAGRAM LLC, ALPHABET, INC., GOOGLE, LLC, YOUTUBE, LLC, AND REDDIT, INC. 
O'MELVENY & MEYERS LLP, NEW YORK CITY (JONATHAN P. SCHNELLER OF COUNSEL), AND HAGERTY & BRADY, BUFFALO, FOR DEFENDANT-APPELLANT SNAP, INC.
HUESTON HENNIGAN LLP, NEW YORK CITY (MOEZ M. KABA OF COUNSEL), AND GIBSON, MCASKILL & CROSBY, LLP, BUFFALO, FOR DEFENDANTS-APPELLANTS AMAZON.COM, INC. AND TWITCH INTERACTIVE, INC
MORRISON & FOERSTER LLP, NEW YORK CITY (JOSEPH R. PALMORE OF COUNSEL), FOR DEFENDANT-APPELLANT DISCORD, INC

CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (ISABELLA S. JANKOWSKI OF COUNSEL), FOR CENTER FOR DEMOCRACY AND TECHNOLOGY, AMICUS CURIAE.

 Appeals from an order of the Supreme Court, Erie County (Paula L. 
Feroleto, J.), entered March 18, 2024. The order denied the motions of defendants-appellants to dismiss the complaint against them.
It is hereby ORDERED that the order so appealed from is reversed on the law without costs, the motions are granted and the complaint is dismissed against defendants-appellants.
Same opinion as in Patterson v Meta Platforms, Inc. ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
All concur except Bannister and Nowak, JJ., who dissent and vote to affirm in the same dissenting opinion as in Patterson v Meta Platforms, Inc. ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court